**MILSTEIN ADELMAN JACKSON FAIRCHILD & WADE, LLP**
Gillian L. Wade, Esq. (SBN 229124)
gwade@majfw.com
Sara D. Avila, Esq. (SBN 263213)
savila@majfw.com
10250 Constellation Blvd., Suite 1400
Los Angeles, CA 90067
Telephone: (310) 396-9600
Facsimile: (310) 396-9635

**CARNEY BATES & PULLIAM, PLLC**
Randall K. Pulliam, Esq.
rpulliam@cbplaw.com
2800 Cantrell Rd., Suite 510
Little Rock, Arkansas 72202
Telephone: (501) 312-8500
Facsimile: (501) 312-8505

*Attorneys for Plaintiff ARCARE d/b/a Parkin Drug Store*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARCARE d/b/a PARKIN DRUG STORE, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br>v.<br>A&A GLOBAL IMPORTS, INC.,<br>Defendant | Case No. 2:16-cv-03932-JFW-AS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff ARCare d/b/a Parkin Drug Store ("Plaintiff") and Defendant A&A Global Imports, Inc. ("Defendant"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed, each party shall bear its respective fees and costs.

Dated:  September 7, 2016   **MILSTEIN ADELMAN JACKSON FAIRCHILD & WADE, LLP**

By: */s/ Gillian L. Wade*
    Gillian L. Wade
    Sara D. Avila

    Randall K. Pulliam, Esq.
**CARNEY BATES & PULLIAM, PLLC**

*Attorneys for Plaintiff ARCARE d/b/a PARKIN DRUG STORE*

Dated: September 7, 2016   **FREEMAN, FREEMAN & SMILEY, LLP**

By: */s/ Arash Beral*
    Arash Beral
    Matt A. Young

*Attorneys for Defendant A&A GLOBAL IMPORTS, INC.*